# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139379

In re STANLEY BEDNARZ TRUST.
_____

EVA SMIGIELSKI and LORRETTA
SMIGIELSKI,
      Petitioners-Appellants,

v

LUCYNA M. GLANTY, a/k/a LUCYNA
M. GALANTY,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139379
COA: 283699
Macomb Probate Court:
    2006-189318-TV

      On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010 _____

y0222                                                    Clerk